UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNIBAL ARROYO,<br><br>                    Plaintiff,<br><br>         -against-<br><br>JOHN/JANE DOES #1-4,<br><br>                    Defendants. | 21-CV-10823 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 24, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is voluntarily dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 24, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge